IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BPS TELEPHONE CO., et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4087-CV-C-WAK |
| ) | |
| ) | |
| MISSOURI PUBLIC SERVICE ) | |
| COMMISSION, et al. ) | |
| Defendant ) | |

ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by plaintiffs on June 7, 2006, it is hereby

ORDERED that this case be dismissed without prejudice with parties to bear their own costs.

*William A. Knox*
William A. Knox
United States Magistrate Judge

June 9, 2006